UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY THAW | ) | |
| (BOP Register No. 45050-177), | ) | CIVIL ACTION NO. |
| | ) | |
| Petitioner, | ) | 3:15-CV-2920-G (BN) |
| | ) | |
| VS. | ) | CRIMINAL ACTION NO. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 3:12-CR-261(01)-N |
| | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The district court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore **DENIES** petitioner Stanley Thaw's motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(4).

**SO ORDERED**.

July 5, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**